VÁZQUEZ HERMANOS, S. EN C., demandante y apelada, *v.* JUAN VILCHES, demandado y apelante.

No. 5128.—*Sometido:* Noviembre 26, 1930. *Resuelto:* Junio 19, 1931.

*E. Rincón Plumey, L. Llorens Torres y A. Arroyo Rivera,* abogados del apelante; *F. Rodríguez Alverio,* abogado de la apelada.

EL JUEZ ASOCIADO SEÑOR ALDREY, emitió la opinión del tribunal.

Este pleito se inició en una corte municipal cobrando

a Juan Vilches la cantidad de $478.25 como saldo liquidado y aceptado por el demandado de una cuenta corriente. La demanda fué establecida a nombre de Vázquez Hermanos, S. en C., como sociedad mercantil. La demandante apeló de la sentencia de la corte municipal y en la corte de distrito que conoció de su apelación presentó moción solicitando permiso para enmendar su demanda, la que acompañó de la nueva demanda. Esta es substancialmente igual a la demanda original con la diferencia de que se establece a nombre de Antonio Vázquez Garay, haciendo negocios con el nombre de Vázquez Hermanos, S. en C. Se opuso el demandado a la admisión de dicha demanda pero la corte concedió el permiso solicitado y admitió la demanda enmendada. Celebrado el juicio recayó sentencia condenatoria de la cual apela el demandado alegando dos motivos de error: por la admisión de la demanda enmendada y por ser contraria a las alegaciones y las pruebas.

La enmienda solicitada de la demanda original era permisible de acuerdo con el artículo 140 del Código de Enjuiciamiento Civil porque tenía por objeto corregir un error en el nombre de la parte demandante. Era la aclaración de que Vázquez Hermanos, S. en C., es el nombre que usa Antonio Vázquez Garay para sus negocios. En el caso de *Schlüter & Co., Sucesor,* v. *Hernández,* 36 D.P.R. 64, hubo una situación parecida a la presente. La corte no erró al admitir esa enmienda y pudo hacerlo antes del juicio porque antes de él le fué hecha esa solicitud.

La sentencia no es contraria a las alegaciones y las pruebas porque de éstas resultan justificadas aquéllas, ya que se probó que las partes liquidaron de común acuerdo la cuenta corriente cuyo saldo se reclama, que el apelante contrató siempre con Antonio Vázquez Garay, y que éste usa el nombre mercantil de Vázquez Hermanos, S. en C., sin que exista tal sociedad y sólo porque le pareció un buen nombre para su pulpería.

*La sentencia apelada debe ser confirmada.*